1
 Charles James Crabtree, Petitioner v. The People of the State of Colorado Respondent No. 25SC165
Supreme Court of Colorado, En Banc
September 8, 2025
           Court
 of Appeals Case No. 24CA1321
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 defendants must seek relief pursuant to Crim. P. 35(c)(1)
 during the pendency of their appeal.
 
 
          If so,
 whether the district court has concurrent jurisdiction to
 rule on a Crim. P. 35(c)(1) motion during the pendency of the
 appeal.
 
 
          Whether
 the court of appeals erred when it dismissed the
 petitioner's appeal on the basis that the trial
 court's order on appeal was entered without jurisdiction
 because the mandate had not issued.